**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Larry Wade

                             Plaintiff,

v.                                            Case No.: 1:19−cv−08085
                                                   Honorable Harry D. Leinenweber

Alltran Education, Inc.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 18, 2021:

       MINUTE entry before the Honorable Harry D. Leinenweber: IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Larry Wade, and the Defendant, Alltran Education, Inc., through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above−captioned action should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.